**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Arturo CATALAN–NAVA,**
**Defendant–Appellant.**

**No. 13–10441**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 30, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Laura S. Harper, Esq., Assistant Federal Public Defenders, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

Arturo Catalan–Nava appeals his 24–month sentence of imprisonment. Given that Catalan–Nava has been released from prison and is not serving a term of supervised release, his appeal is moot. *See United States v. Clark*, 193 F.3d 845, 847–48 (5th Cir.1999).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.